IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN TRIGGER PULLERS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 4:19-cv-02694 |
| | § | |
| SHAWN WYLDE A.K.A. SHAWN JOYCE, WYLDE INC. D/B/A AAF NATION, ERIC SHANE DAVIS, SHANE DAVIS INC., TEXAS PRIDE UNLIMITED LLC D/B/A TEXAS PRIDE APPAREL, ERNEST BROWNE, OAF NATION INC., AND SEMPER SILKIES LLC, | § § § § § § § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION FOR ENTRY OF AGREED JUDGMENT**

Plaintiff, American Trigger Pullers, LLC and Defendant Shawn Wylde a.k.a. Shawn Joyce jointly file this "Joint Motion for Entry of Agreed Judgment." The Parties announce that they have resolved the remaining issues in this above styled cause and have executed a Settlement Agreement effectuating such resolution. Accordingly, the Parties request the Court to enter the attached Agreed Judgment, which:

1. Declares Wylde a prevailing party pursuant to 17 U.S.C. §505;

2. Awards Wylde his reasonable attorneys' fees and costs in the amount set forth in the Settlement Agreement, which is not filed with the Court.

In light of settlement and the award of attorneys' fees pursuant to 17 U.S.C. §505, the Parties jointly move the Court to deny the Rule 11 Motion for Sanctions as moot.

Dated: September 3rd, 2020                     Respectfully submitted,

/s/ James H. Creedon
James H. Creedon (attorney-in-charge)
Texas Bar No. 24092299
SDTX Bar No. 2395071
Charles A. Wallace
Texas Bar No. 24110501
SDTX Bar No. 3439343
3001 Dallas Parkway, Suite 570
Frisco, Texas 75034
Tel. 972.850.6864
Fax 972.920.3290
jhcreedon@creedonpllc.com
cwallace@creedonpllc.com

**ATTORNEYS FOR PLAINTIFF
American Trigger Pullers LLC**

/s/ Robert L. McRae
Robert L. McRae –Attorney in Charge–
TSB # 24046410
Southern District Admission No: 942671
robert.mcrae@gunn-lee.com
Nick Guinn
TSB # 24087642
Southern District Admission No: 2810707
nick@gunn-lee.com
GUNN, LEE & CAVE, P.C.
8023 Vantage Drive, Suite 1500
San Antonio, Texas 78230
210/886-9500
210/886-9883 Fax

**ATTORNEYS FOR DEFENDANT SHAWN WYLDE**

## CERTIFICATE OF SERVICE

     I hereby certify that on September 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/ Robert L. McRae