IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN TRIGGER PULLERS LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 4:19-cv-02694 |
| | § | |
| SHAWN WYLDE A.K.A. SHAWN JOYCE, | § | |
| WYLDE INC. D/B/A AAF NATION, ERIC | § | |
| SHANE DAVIS, SHANE DAVIS INC., | § | |
| TEXAS PRIDE UNLIMITED LLC D/B/A | § | |
| TEXAS PRIDE APPAREL, ERNEST | § | |
| BROWNE, OAF NATION INC., AND | § | |
| SEMPER SILKIES LLC, | § | |
| | § | |
| Defendants. | § | |

**AGREED JUDGMENT**

ON THIS DAY, came on for consideration the "Joint Motion for Entry of Agreed Judgment," (the "Motion") and after consideration of the pleadings and arguments of counsel, the Court finds the Motion is well taken and should be GRANTED. Final Agreed Judgment is entered as follows:

1. Defendant Shawn Wylde, A.K.A. Shawn Joyce is hereby declared a prevailing party pursuant to 17 U.S.C. §505;

2. Accordingly, Plaintiff is ordered to pay Wylde's reasonable attorneys' fees and costs in the amount set forth in the Settlement Agreement;

3. Due to the award of attorneys' fees under 17 U.S.C. §505, the Court denies Defendant Shawn Wylde's Federal Rule of Civil Procedure 11 Motion for Sanctions (Dkt. 47) as moot; and

4. All remaining issues being disposed of, this case is dismissed.

Signed at Houston, Texas on September __, 2020.

_____
Gray H. Miller
Senior United States District Judge.